```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Johnson | Case No. **2:11-CV-02913-JAM-JFM** |
| Plaintiff, | **PROPOSED ORDER RE: REQUEST TO RE-SERVE PETER PAK-TONG CHAN AND YUK-MUI CHAN** |
| vs. | |
| Ayala, et al | |
| Defendants | |

**ORDER**

IT IS HEREBY ORDERED THAT the Plaintiff have an additional 60 days to re-serve defendants Peter Pak-Tong Chan and Yuk-Mui Chan.

Date:  4/9/2012

/s/ John A. Mendez_____
Judge of the United States District Court

PDF created with pdfFactory trial version www.pdffactory.com