

OCT 22 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
EMAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson

    Plaintiff;

vs.

Jose Garcia Ayala, et al

    Defendants

Case No.2:11-cv-02913-JAM-JFM

**STIPULATION FOR DISMISSAL**

Complaint Filed: NOVEMBER 3, 2011

PLEASE TAKE NOTICE THAT by and between the parties to this action through their designated counsel that this action be and is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A). The Parties shall bear their own costs and attorneys' fees in connection with this Lawsuit and the negotiation and preparation of this Agreement.

STIPULATION FOR DISMISSAL                    CIV: S-11-02913-JAM-JFM

| | | |
|---|---|---|
| 1 | Dated: September 3, 2013 | DISABLED ACCESS PREVENTS INJURY, INC. |
| | | |
| | | /s/Scott N. Johnson |
| | | SCOTT N. JOHNSON, |
| | | Attorney for Plaintiff |
| | | |
| 7 | Dated: September 3, 2013 | FLUETSCH & FLUETSCH |
| | | |
| | | /a/Michael A. Fluetsch |
| | | MICHAEL A. FLUETSCH, |
| | | Attorney for Defendants, |
| | | PETER PAK-TONG CHAN |
| | | YUK-MUI CHAN |

2

STIPULATION FOR DISMISSAL                                    CIV: S-11-02913-JAM-JFM

SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson, Plaintiff; vs. Jose Garcia Ayala, et al, Defendants | Case No. 2:11-cv-02913-JAM-JFM<br><s>PROPOSED</s> ORDER RE: STIPULATION FOR DISMISSAL |

IT IS SO ORDERED that the above-entitled action be and is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A).

Date: October 22, 2014

_____
Judge of the United States District Court

PROPOSED ORDER RE STIPULATION FOR DISMISSAL
CIV: S-11-2913-JAM-JFM- 1